# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT HOMANS CONNER, JR., in his individual and representative capacity as trustee of the Robert & Betty Conner Family Trust;<br>BETTY CONNER, in her individual and representative capacity as trustee of the Robert & Betty Conner Family Trust;<br>19TH AVENUE NUMBER TWO, Inc., a California Corporation; and Does 1-10,<br><br>  Defendants. | Case: 3:14-CV-00678 - RS<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

1

1  Presently before the court is the parties' Joint Stipulation for Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed December 12, 2014.

Upon notice that the parties have reached a mutually agreeable settlement and good cause appearing, the court hereby orders Plaintiff, Rafael Arroyo, Jr.'s claims in case number 3:14-CV-00678-RS dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: 12/12/14

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE